UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

RAYMOND VEGA,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

Case No. 3:11-cv-00750-HA

ORDER

HAGGERTY, District Judge:

    Based upon the memorandum, supporting documents, and defendant's response indicating that it has no objection, plaintiff's Motion for Attorney Fees [16] is GRANTED.

    It is hereby ORDERED that attorney fees in the total amount of $5,150.54 and costs in the amount of $350.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A), shall be awarded to plaintiff pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), and delivered via check to plaintiff's counsel, Law Offices-Harry J. Binder and Charles E. Binder, P.C, at 60 E 42nd Street, Suite 520, New York, NY 10165. However, if the U.S.

1- ORDER

Department of the Treasury determines that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to plaintiff's attorney, Law Offices-Harry J. Binder and Charles E. Binder, P.C., and delivered to counsel's office at 60 E 42nd Street, Suite 520, New York, NY 10165.

IT IS SO ORDERED.

DATED this 30 day of April, 2012.

                                                                                 Ancer L. Haggerty
                                                                            United States District Judge

2- ORDER